UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| | ) | No.3:08-CR-119 |
| V. | ) | (JORDAN/SHIRLEY) |
| | ) | |
| | ) | |
| | ) | |
| CHRISTOPHER LEVREAULT | ) | |

ORDER OF DETENTION PENDING TRIAL

      An initial appearance and arraignment were held in this case on August 12, 2008. Greg Weddle, Assistant United States Attorney, was present representing the government, and Leslie Jeffress, was present representing the defendant. The government moved for detention stating that the defendant is currently in state custody and was delivered here pursuant to a writ. Upon motion of the defendant to set this detention hearing on September 30, 2008 at 1:30 p.m., and pursuant to 18 U.S.C. Section 3142 (f) the Court finds good cause to extend the five (5) days set forth in the statue, in that, the attorney needs to investigate a state court matter and Massachusetts Law.

      Therefore, this matter is scheduled for a detention hearing on **September 8, 2008** at **1:30 p.m.** before the undersigned.

      It is therefore **ORDERED** that:

      (1)     Defendant be detained.;

(2) Defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(3) Defendant be afforded reasonable opportunity for private consultation with counsel; and

(4) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined deliver the defendant to a United States marshal for the purpose of an appearance in connection with any court proceeding.

ENTER:

   s/ C. Clifford Shirley, Jr.
United States Magistrate Judge